IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>KASSIE KENNEDY,<br><br>      Defendant. | 8:12CR392<br><br>**ORDER** |

  Defendant Kassie Kennedy appeared before the court on Friday, May 1, 2015 on a Petition for Warrant for Offender Under Supervision [65].  The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The government moved for detention.  A detention hearing was held.  The government's motion for detention is denied.  Therefore, the defendant will be released on current conditions of supervision and is not entitled to a Preliminary Examination.

  I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Kopf.

  **IT IS ORDERED:**

  1. A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 22, 2015 at 9:30 a.m.  Defendant must be present in person.

  2. The defendant is to be released on current conditions of supervision.


  Dated this 4th day of May, 2015

                    BY THE COURT:

                    s/ F.A. Gossett, III
                    United States Magistrate Judge